**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| LEADERONE FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBNETT FARMS LIMITED PARTNERSHIP and SCOTT ROBNETT, as next friend for Karen Robnett,<br><br>Defendants. | Case No. 25-2522-AWM-BGS |

**MEMORANDUM AND ORDER GRANTING MOTION TO SUBSTITUTE PARTIES**

This matter comes before the Court on Defendants' Motion to Substitute Party (Doc. 52). Robnett Farms Limited Partnership and Karen Robnett's successors seek to substitute her estate's personal representative and the co-trustees of the Karen Robnett Trust UTA 1/26/1973 in her place following her death. By email to Chambers on September 29, 2026, Plaintiff LeaderOne Financial Corporation confirmed that it does not oppose the motion. For the reasons below, the motion is granted.

LeaderOne filed this action on September 5, 2025, naming Karen Robnett and Robnett Farms Limited Partnership as defendants. On June 9, 2026, the Court appointed Karen Robnett's son, Scott Robnett, as her next friend under Federal Rule of Civil Procedure 17(c)(2), finding that her declining health prevented her from adequately understanding these proceedings or protecting her interests. Doc. 35. Karen Robnett died on June 29, 2026, and a suggestion of death was filed on August 6, 2026. The present motion seeks to substitute the appropriate representatives and successors so the action may proceed.

Under Federal Rule of Civil Procedure 25(a)(1), the Court may substitute the proper party when a party dies and the claim is not extinguished. A party or the decedent's successor or representative may move for substitution within 90 days after service of a statement noting the death. Fed. R. Civ. P. 25(a)(1). Whether a claim survives is determined by the applicable substantive law. *See Baker v. Chin*, No. 23-2103-DDC-TJJ, 2023 WL 5152475, at *3 (D. Kan. Aug. 10, 2023). Kansas law preserves the pending property and contract claims at issue here. *See* K.S.A. 60-1801 (preserving claims that survive at common law and claims for personal injury, property damage, or fraud); K.S.A. 60-1802 (providing that pending actions do not abate upon a party's death, except actions for libel, slander, malicious prosecution, or nuisance).

The requirements for substitution are satisfied. The motion was filed on September 25, 2026, following the August 6, 2026 suggestion of death, and is timely. The claims concerning the validity of the disputed stock certificates and entitlement to unpaid dividends survive Karen Robnett's death. According to the motion, the Circuit Court of St. Charles County, Missouri, issued letters testamentary appointing Scott Robnett as personal representative of her estate on September 10, 2026. The motion further represents that Karen Robnett designated the trust as the transfer-on-death beneficiary of her LeaderOne stock and that Scott Robnett, David Robnett, and Pleasant Charles Robnett are its co-trustees.

Based on these representations, Scott Robnett, as personal representative, is the proper party to represent the estate's asserted interest in unpaid dividends, and the co-trustees are the proper successors regarding Karen Robnett's asserted interests in the disputed shares. Because the proposed substitutes themselves seek substitution through counsel, separate service of the motion on them is unnecessary. *See Baker*, 2023 WL 5152475, at *2 (finding no nonparties requiring service because the appointed estate representative himself filed the motion to substitute). Substitution in these representative capacities is therefore appropriate.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Substitute Party (Doc. 52) is **GRANTED**. The following persons are substituted for Karen Robnett, previously appearing through Scott Robnett as her next friend, as defendants and counterclaimants in their respective representative capacities described above:

1. Scott Robnett, as Personal Representative of the Estate of Karen Robnett; and
2. Scott Robnett, David Robnett, and Pleasant Charles Robnett, as co-trustees of the Karen Robnett Trust UTA 1/26/1973.

The Clerk is directed to replace the existing defendant and counterclaimant entries for Scott Robnett, as next friend for Karen Robnett, with these parties in their specified representative capacities.

**IT IS SO ORDERED**.

Dated September 29, 2026, at Wichita, Kansas.

/s/ Brooks Severson
Brooks G. Severson
United States Magistrate Judge